**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-7816**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT STEWART, a/k/a "BK", a/k/a Omar Mason,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Frank W. Bullock, Jr., Chief District Judge. (CR-95-191)

———————————

Submitted: March 11, 1999          Decided: March 19, 1999

———————————

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Robert Stewart, Appellant Pro Se. Harry L. Hobgood, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Stewart pleaded guilty to conspiracy to possess with intent to distribute crack cocaine and heroin in violation of 21 U.S.C. § 846 (1994), and using or carrying a firearm during the commission of a drug trafficking offense in violation of 18 U.S.C. § 924(c) (1994). Subsequent to sentencing, the Government filed a motion for reduction of sentence pursuant to Fed. R. Crim. P. 35(b), which the district court granted. On appeal, Stewart challenges the extent of the district court's reduction. We find that the extent of the district court's reduction is unreviewable on appeal. See 18 U.S.C. § 3742(a) (1994); see also United States v. Pridgen, 64 F.3d 147, 149-50 (4th Cir. 1995) (holding that § 3742 governs appeals of Rule 35(b) motions); United States v. Hill, 70 F.3d 321, 323-24 (4th Cir. 1995) (finding that extent of downward departure is not reviewable when the resulting sentence is within the statutory limits and within the properly calculated sentencing guidelines range).

We therefore deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2